UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

  v.

DANIEL DAUENHAUER;
THOMAS DAUENHAUER;
MUHAMMAD ASLAM CHOUDHRY;
and Does 1-10,

    Defendants.

Case: 2:16-CV-00373-MCE-AC

**ORDER**

### ORDER

Pursuant to F.R.CIV.P.41(a)(1) and the parties' stipulation (ECF No. 7), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 4, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT